McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-07-0380 LKK |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| MICHAEL F. EGAN, ) | |
| Defendant. ) | |

This matter came before the Court for a status conference on September 25, 2007. The United States was represented by Assistant U.S. Attorney Philip A. Ferrari; the defendant was represented by Steve Bauer, Esq.

The defendant indicated his desire to represent himself. After consultation with the defendant, the Court granted the defendant's request and appointed Mr. Bauer as standby counsel. The defendant requested time to prepare.

Based upon the representations by the parties, the Court set a status conference on October 23, 2007, at 9:30 A.M. and excluded time under those provisions of the Speedy Trial Act relating to reasonable time to prepare. 18 U.S.C. § 3161(h)(8)(B)(iv); Local

Code T4.  The Court directed government counsel to prepare a formal order.

Therefore, **IT IS HEREBY ORDERED** that:

1. A further status conference is set for October 23, 2007, at 9:30 A.M.

2. Based upon the above representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded from September 25, 2007, through October 23, 2007.

IT IS SO ORDERED.

Date: October 3, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT