1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2744

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )   No. CR. S-07-0380 LKK
12              Plaintiff,         )
                                   )   ORDER
13         v.                      )
                                   )
14 MICHAEL F. EGAN,                )
                                   )
15              Defendant.         )
   _____)
16

17      This matter came before the Court for a status conference on
18 October 23, 2007.  The United States was represented by Assistant
19 U.S. Attorney Philip A. Ferrari; the defendant represented himself
20 and was assisted by Steve Bauer, Esq.
21      The defendant requested that the Court set a jury trial date.
22 Jury trial was set to commence on February 12, 2008, and a trial
23 confirmation hearing was scheduled for January 29, 2008.  The
24 defendant indicated that he needed time to work with his standby
25 counsel and prepare for trial.  Based upon these representations,
26 the Court excluded time under those provisions of the Speedy Trial
27 Act relating to reasonable time to prepare.  18 U.S.C.
28 § 3161(h)(8)(B)(iv); Local Code T4.  The Court directed government

counsel to prepare a formal order.

Therefore, **IT IS HEREBY ORDERED** that:

1. A trial confirmation hearing is set for January 29, 2008, at 9:30 A.M.;

2. A jury trial is set to commence in this matter on February 12, 2008; and

3. Based upon the above representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded from October 23, 2007, through February 12, 2008.

IT IS SO ORDERED.

Date: October 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT